# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-4001

_____

United States of America,

*Plaintiff - Appellee,*

v.

Crispin Leon-Lopez,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 22, 2013
Filed: April 1, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Crispin Leon-Lopez directly appeals after he pled guilty to an illegal-reentry offense and the district court[1] imposed a within-Guidelines-range sentence. His

---

[1] The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the prison term imposed by the district court is unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Leon-Lopez. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (review of sentences for abuse of discretion includes (1) ensuring no significant procedural error occurred; and (2) considering substantive reasonableness of sentence under totality of circumstances; where sentence falls within Guidelines range, appeals court may, but is not required to, apply presumption of reasonableness). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw, subject to counsel informing Leon-Lopez about procedures for seeking rehearing or filing a petition for certiorari.

_____